CANADY v. MANN

[333 N.C. 569 (1993)]

DONALD R. CANADY, SR., AND CONNIE H. CANADY v. OSCAR MANN, GAINES R. JOHNSON, WILLIAM J. BRINN, JR., AND CAROLINA LAKES CORPORATION

No. 349PA92

(Filed 7 May 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 107 N.C. App. 252, 419 S.E.2d 597 (1992), insofar as it reversed in part summary judgment for defendants Brinn and Carolina Lakes Corporation entered by Clark, J., in Superior Court, Cumberland County, on 1 April 1992. Heard in the Supreme Court 13 April 1993.

*Rose, Ray, Winfrey & O'Connor, P.A., by Ronald E. Winfrey and Pamela S. Leslie, for plaintiff-appellees.*

*Brown & Robbins, by D.T. Scarborough III, for defendant-appellants Brinn and Carolina Lakes Corporation.*

PER CURIAM.

After consideration of the new briefs and oral arguments, the Court determines that defendants Brinn and Carolina Lakes Corporation's petition for discretionary review was improvidently allowed.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice Parker did not participate in the consideration or decision of this case.